457 A.2d 579

Meade et al., Appellants v. Bk. & Tr. Co. of Old York Road.

Reargument Denied April 12, 1983.

Petition for Allowance of Appeal Denied June 8 & July 25, 1983.

Argued December 14, 1981.

Charles J. King, Jr., for appellants; Philip D. Weiss, for Bk.

& Tr. Co., appellee; and Mark E. Taylor, for Capitol Corp., appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

The judgment of the learned Montgomery County Common Pleas Court Judge Joseph H. Stanziani is affirmed.